IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 06-cv-01937-LTB-CBS

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

DORTHY BARRETT-TAYLOR,

    Plaintiff/Intervenor

v.

NATIONAL JEWISH MEDICAL AND RESEARCH CENTER,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that parties' joint motion to amend the scheduling order (*doc. no. 33*) is **GRANTED**. The scheduling order is modified as follows:

1. Deadline to amend pleadings is extended to **July 20, 2007**;

2. Deadline for rule 26(a)(2) AFFIRMATIVE expert disclosures is extended to **October 8, 2007**;

3. Deadline for service of written discovery is extended to **November 14, 2007**;

4. Deadline for Rule 26(a)(2) REBUTTAL expert disclosures is extended to **November 29, 2007**;

5. Discovery deadline is extended to **December 14, 2007**;

6. Dispositive motions deadline is extended to **January 14, 2008**;

7. The April 2, 2008, final pretrial conference is **VACATED** and **RESET** to **May 21, 2008, at 9:00 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado; and

8. Parties are directed to submit a proposed final pretrial order no later than **five** days prior to the scheduled conference.

**DATED:**   June 26, 2007