**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  06-cv-01937-LTB-CBS

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

       Plaintiff,

and

DOROTHY BARRETT-TAYLOR,

       Plaintiff/Intervenor,

v.

NATIONAL JEWISH MEDICAL AND RESEARCH CENTER,

       Defendant.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

       Plaintiff EEOC's Motion to Amend Complaint (Doc 37) and Plaintiff/Intervenor Dorothy Barrett-Taylor's Motion to Amend Complaint (Doc 38) are **GRANTED**.  Defendant has **up to and including August 13, 2007** to file answers to the amended pleadings.

Dated:  August 3, 2007
_____