IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 06-cv-01937-LTB-CBS

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
    Plaintiff,

and

DOROTHY BARRETT-TAYLOR,
    Plaintiff-Intervenor,

v.

NATIONAL JEWISH MEDICAL AND RESEARCH CENTER,
    Defendant.

_____

ORDER
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal of Action as to Claims of Plaintiff/Intervenor (Doc 55 - filed December 21, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that the claims of Plaintiff/Intervenor shall be **DISMISSED WITH PREJUDICE**. The caption of this case shall be deemed as amended, and Plaintiff/Intervenor shall not be listed as a party.

                           BY THE COURT:

                           s/Lewis T. Babcock
                           Lewis T. Babcock, Judge

DATED: December 26, 2007