IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 06-cv-01937-LTB-CBS

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

NATIONAL JEWISH MEDICAL AND RESEARCH CENTER,

    Defendant.

_____

ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Joint Stipulation for Dismissal (Doc 57 - filed February 18, 2010), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE**, each party to pay their own fees and costs.

BY THE COURT:

    s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: February 19, 2010